UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SHIRLEY LYONS, )
)
       Plaintiff, )
)
)
v. ) **JUDGMENT**
)
) No. 4:13-CV-204-RJ
CAROLYN W. COLVIN, Acting ) (consolidated with No. 4:13-CV-222-RJ)
Commissioner of Social Security, )
)
       Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Claimant's Motion for Judgment on the Pleadings [DE-32 in lead case 4:13-cv-204-RJ] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-35 in lead case 4:13-cv-204-RJ] is ALLOWED and the final decision of the Commissioner is UPHELD.

**This Judgment Filed and Entered on September 24, 2014, and Copies To:**

Thomas Reston Wilson (via Notice of Electronic Filing)
Anthony W. Bartels (via Notice of Electronic Filing)
Kathleen C. Buckner (via Notice of Electronic Filing)


DATE                                                              JULIE A. RICHARDS, CLERK
September 24, 2014                          /s/ Jacqueline B. Grady
                                                             (By) Jacqueline B. Grady, Deputy Clerk